IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARYN NYJJIRH LOFTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, Commissioner of Social Security | : | NO. 20-2422 |

## ORDER

AND NOW, this 21st day of September, 2020, upon consideration of Plaintiff's Complaint (Doc. 1) and Defendant's Uncontested Motion to Remand (Doc. 9), IT IS HEREBY ORDERED that the Motion is GRANTED, and the case is REMANDED to Defendant for further administrative proceedings. Upon remand, the Appeals Council will refer the case to a different administrative law judge for further evaluation and offer Plaintiff the opportunity for a new hearing.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This is a final Order. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.